96 A.3d 1021

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**George M. VIDRA, Petitioner.**

**No. 73 EM 2014.**

Supreme Court of Pennsylvania.

July 23, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of July, 2014, the Petition for Review and the "Notice and Motion to Deem Allegations as Admitted and Grant Relief" are **DENIED.**